[No. 46459-4-II.   Division Two.   May 3, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN J. SCHECHERT, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 13-1-01046-0, Jennifer A. Irvine Forbes, J., entered June 16, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Bjorgen, C.J., and Melnick, J.

[No. 46685-6-II.   Division Two.   May 3, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. EXPY SANABRIA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-04475-9, Garold E. Johnson, J., entered September 11, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Lee and Melnick, JJ.

[No. 46741-1-II.   Division Two.   May 3, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. FERNANDO PAUL HODGSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-1-02199-4, Scott A. Collier, J., entered October 7, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Johanson, J., concurred in by Melnick and Sutton, JJ.